IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARLA PERSON,

                Plaintiff,                      No. 3:13-cv-00283-JE

      v.                                      ORDER

BANK OF AMERICA N.A.,

                Defendant.

Glen P. McClendon
Michael J. Estok
Lindsay Hart Neil & Weigler, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, OR 97201

        Attorneys for Plaintiff

Barbara V.G. Parker
Edwards Wildman Palmer LLP
111 Huntington Avenue
Boston, MA 02199

/ / /

1 - ORDER

Heather A. Pierce
Edwards Wildman Palmer, LLP
2800 Financial Plaza
Providence, RI 02903

Jenna Leigh Mooney
Davis Wright Tremaine, LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5630

        Attorneys for Defendant

HERNANDEZ, District Judge:

      Magistrate Judge Jelderks issued a Findings and Recommendation [#14] on May 16, 2013, in which he recommends that the Court should grant Defendant's motion to dismiss for failure to state a claim and dismiss the action, without prejudice and with leave to re-file. Plaintiff timely filed objections to the Findings and Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

      When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

      I have carefully considered Plaintiff's objections and conclude that the objections do not provide a basis to modify the Findings and Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no error in the Magistrate Judge's Findings and Recommendation.

/ / /

/ / /

/ / /

2 - ORDER

CONCLUSION

The Court adopts Magistrate Judge Jelderks' Findings and Recommendation [#16]. Therefore, Defendant's motion to dismiss [#5] is granted.  This case is dismissed without prejudice and with leave to re-file.

IT IS SO ORDERED.

DATED this __28__ day of __June__, 2013.

_____
MARCO A. HERNANDEZ
United States District Judge

3 - ORDER